IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Robert Davis Bills Jr - #147012

_____/

### ORDER TO SHOW CAUSE

It appearing that Robert Davis Bills Jr. has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective March 25, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before May 31, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Robert Davis Bills Jr.
Law Office of Robert D Bills, Jr
PO Box 573
Laguna Beach, CA 92652