**FILED**

JUL - 6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80094 MISC VRW

Robert David Bills Jr,

  State Bar No 147012                    ORDER

_____/

   On April 28, 2010, the court issued an order to show
cause (OSC) why Robert David Bills Jr should not be removed from
the roll of attorneys authorized to practice law before this court,
based upon his enrollment as an inactive member of the State Bar of
California pursuant to Section 6007 of the Business and Professions
Code, effective March 25, 2010.

   The OSC was mailed to Mr Bills's address of record with
the State Bar on April 28, 2010, and was returned by the post
office as unclaimed.  A written response was due on or before May
31, 2010.  No response to the OSC has been filed as of this date.

   The court now orders Robert David Bills Jr removed from
the roll of attorneys authorized to practice before this court.
The clerk is directed to close the file.

   IT IS SO ORDERED.

                 _____
                 **VAUGHN R WALKER**
                 United States District Chief Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Robert Davis Bliss Jr

Case Number: C10-80094 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Davis Bills Jr
Law Officeof Robert D Bliss Jr
PO Box 573
Laguna Beach, CA 92652

Dated: July 6, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*